PAUL D. SUPNIK [S.B. No. 52842]
paul@supnik.com
9401 Wilshire Boulevard, Suite 1012
Beverly Hills, California 90212
(310) 859-0100
Fax: (310) 388-5645

ABBAS KAZEROUNIAN [S.B. No. 249,203]
AK@kazlg.com
MIKE KAZEROUNI [S.B. No. 252,835]
mike@kazlg.com
KAZEROUNI LAW GROUP
472 S Glassell St
Orange, CA 92866
Tel. 949-400-3934
Fax: 949-596-0472

Attorneys for Plaintiff
ROUHI SAVOJI

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROUHI SAVOJI, an individual, | CASE NO: CV 07-2679-SVW(VBKx) |
| Plaintiff, | Hon. Stephen V. Wilson |
| vs. | Case Filed: April 23, 2007 |
| CHEHREH NAMA, INC., a California corporation; IRAJ YEDIDSION, an individual; MANSOUR BIBIYAN, an individual and DOES 1 through 10, | **PERMANENT INJUNCTION; STIPULATION FOR PERMANENT INJUNCTION** |
| Defendants. | |

Plaintiff ROUHI SAVOJI filed a Complaint herein on April 23, 2007 naming CHEHREH NAMA, INC., a California corporation; IRAJ YEDIDSION, an individual also referred to herein as IRADJ YEDIDSION; MANSOUR BIBIYAN, an individual and DOES 1 through 10, as defendants, followed by a First Amended Complaint filed May 16, 2007.

- 1 -

IRADJ YEDIDSION and MANSOUR BIBIYAN, having stipulated to the entry of this Permanent Injunction without notice, to be binding on Defendants IRADJ YEDIDSION and MANSOUR BIBIYAN, their agents, employees and representatives, and all persons in active concert or participation with said Defendants. who receive notice thereof:

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that a final and permanent injunction in favor of Plaintiff ROUHI SAVOJI and against Defendants IRADJ YEDIDSION and MANSOUR BIBIYAN be entered as follows:

1. This Court has jurisdiction of the subject matter of this action and over all the parties hereto.

2. The copyrights described in the Complaint filed in this action, specifically:

> Registration No. PA 1-296-338 having an effective date of registration of October 19, 2005, entitled "Rouhi Belly Dance as Workout" and
>
> Registration No. PA 1-332-096 having an effective date of registration of April 27, 2007, entitled "Rouhi Persian Dance Vol 1."

are both good, valid, and enforceable in law, and Plaintiff ROUHI SAVOJI asserts herself to be the sole proprietor of said copyrights.

3. Plaintiff contends that Defendants IRADJ YEDIDSION, MANSOUR BIBIYAN has caused to be publicly displayed, sold, and distributed either through themselves or through others including CHEREH NAMA, INC. unauthorized copies of each of the copyrighted works identified above which the individual defendants IRADJ YEDIDSION and MANSOUR BIBIYAN deny.

4. IRADJ YEDIDSION and MANSOUR BIBIYAN and their respective successors, assigns, affiliates, agents, servants, employees and

representatives, and all persons, firms and corporations in active concert or participation with Defendants IRADJ YEDIDSION and MANSOUR BIBIYAN or either of them, who receive notice hereof, be and are hereby enjoined and restrained from:

      a.    Reproducing, copying, preparing derivative works, distributing copies or publicly displaying copies of The Works, "Rouhi Belly Dance as Workout" and "Rouhi Persian Dance Vol 1." without written authorization of the Plaintiff.

      b.    Reproducing, copying, preparing derivative works, distributing copies or publicly displaying copies any of plaintiff's copyrighted audio visual works or other materials created in whole or part by plaintiff without written authorization of the Plaintiff.

6. It being represented to the Court that the settling parties have settled all of the claims and demands made in this action, no award of damages, costs or attorneys' fees is made herein.

7. The Court shall retain jurisdiction to construe, enforce, interpret or implement this Permanent Injunction.

O R D E R

IT IS SO ORDERED.

Dated: April 14, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:
_____/s/_____
Paul D. Supnik
Attorneys for Plaintiff
ROUHI SAVOJI

- 3 -

## STIPULATION FOR PERMANENT INJUNCTION

IT IS HEREBY STIPULATED by and between ROUHI SAVOJI, plaintiff and defendants IRADJ YEDIDSION and MANSOUR BIBIYAN, that the foregoing PERMANENT INJUNCTION PURSUANT TO STIPULATION may be presented to the Court by either party for approval and, when signed by the Court, may be entered herein, and without further notice. The parties waive the filing of further points and authorities under Rule 52 of the Federal Rules of Civil Procedure. Each party waives all right to seek review thereof by appeal or otherwise.

Dated: _____          _____
                                                   IRADJ YEDIDSION

Dated: _____          _____
                                                   MANSOUR BIBYAN

Dated: _____          _____
                                                   ROUHI SAVOJI

Approved as to form:
STEVEN STONE
STANLEY STONE
STONE & STONE


By:_____
    STEVEN STONE
    STONE & STONE
    Attorneys for Defendant
    IRADJ YEDIDSION

1  Approved as to form:

2

3  By:_____
      PAUL D. SUPNIK
4     Attorney for Plaintiff
      ROUHI SAVOJI

5

6  Approved as to form:

7  STELLA HAVKIN
   LITWAK & HAVKIN

8

9
   By: _____
10     STELLA HAVKIN
       Attorneys for Mansour Bibiyan
11     and Chehreh Nama, Inc.
       (Debtors in Bankruptcy)
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28